IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONALD JACOBS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil No.: H-02-1450 |
| STATE OF MARYLAND, et al. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Joel L. Katz, Joel L. Katz, LLC, Alan H. Legum, Kathleen Duckett McCann and Alan Hilliard Legum, P.A., hereby move this Honorable Court, pursuant to Local Rule 101.2(2), to strike their appearance as counsel for the Plaintiff. The required certificate is attached to this Motion.

Alan H. Legum
Kathleen Duckett McCann
ALAN HILLIARD LEGUM, P.A.
275 West Street
Suite 305
Annapolis, Maryland 21401
410-263-3001

Joel L. Katz
JOEL L. KATZ, L.L.C.
2060 West Street
Annapolis, Maryland 21401
*Attorneys for the Plaintiffs*