IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONALD JACOBS and                 *
NORMA JACOBS

     Plaintiffs            *

     vs.                     *   CIVIL NO. H-02-1450

JOHN H. RHOADS and             *
MICHAEL G. SEWELL
                                   *

     Defendants

    *    *    *    o0o    *    *    *

### O R D E R

For the reasons stated in the Court's Memorandum Opinion of today, it is this <u>14th</u> day of April, 2003 by the United States District Court for the District of Maryland,

    ORDERED:

        1. That defendants' motion for summary judgment is hereby granted;

        2. That summary judgment in favor of defendants is hereby entered as to Counts Seven and Eight of the complaint;

        3. That Counts One, Two, Three, Five and Six are hereby dismissed without prejudice; and

        4. That the Clerk is directed to close this case.

                                                    /s/
                                    Alexander Harvey, II
                                    Senior United States District Judge